1  Brenna E. Erlbaum (SBN: 296390)
   **HEIT ERLBAUM, LLP**
2  501-I South Reino Rd #344
   Newbury Park, CA 91320
3  [phone]: (805) 231.9798
   Brenna.Erlbaum@HElaw.attorney

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND

| | |
|---|---|
| MALIBU MEDIA, LLC, | Case Number: |
| Plaintiff, | **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |
| vs. | |
| JOHN DOE subscriber assigned IP address 76.126.99.126, | |
| Defendant. | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

(1) Malibu Media, LLC  - Plaintiff; financial interest

(2) Colette Field  - Co-owner of Malibu Media, LLC; financial interest in Plaintiff

(3) Brigham Field - Co-owner of Malibu Media, LLC; financial interest in Plaintiff

(4) John Doe - Defendant; financial interest

(5) Brenna Erlbaum, Esq. - Attorney for Plaintiff; financial interest

1

Certificate of Interested Entities or Persons

(6) Brian Heit, Esq. – Attorney for Plaintiff; financial interest

                                          HEIT ERLBAUM, LLP

/s/ Brenna Erlbaum
BRENNA ERLBAUM, ESQ
Attorney for Plaintiff

HEIT ERLBAUM, LLP
501 South Reino Road, STE I #344 • Newbury Park, California 91320 • Phone: 805.231.9798 •
E-Mail: brenna.erlbaum@HElaw.attorney