IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | No. C 15-04441 WHA |
| Plaintiff, | |
| v. | |
| JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 76.126.99.126, | **ORDER EXTENDING DEADLINE TO EFFECTUATE SERVICE** |
| Defendant. | |

Plaintiff commenced this action on September 27, 2015. The deadline to effectuate service was January 25. On November 8, an order granted plaintiff's motion for leave to file a third-party subpoena in order to obtain defendant's identifying information. Defendant has filed a motion to dismiss. The deadline to effectuate service is hereby extended to **FOUR WEEKS** after an order on defendant's motion to dismiss issues.

**IT IS SO ORDERED.**

Dated: January 26, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE