# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

### San Francisco

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 76.126.99.126,<br><br>    Defendant. | Case Number: 3:15-cv-04441-WHA<br><br>**ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S ANSWER AND COUNTERCLAIM [CM/ECF 41]** |

THIS CAUSE came before the Court upon Plaintiff's Unopposed Motion for Extension of Time to File Response to Defendant's Answer and Counterclaim [CM/ECF 41] (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until May 24, 2016 to file its response to Defendant's Counterclaim [CM/ECF 41].

SO ORDERED this  19  day of   May  , 2016.

By: _____
**UNITED STATES DISTRICT JUDGE**

1

Order on Unopposed Motion for Extension of Time to File Response to Defendant's Answer and Counterclaim
[CM/ECF 41]
Case No. 3:15-cv-04441-WHA