IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | No. C 15-04441 WHA |
| Plaintiff, | |
| v. | |
| JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 76.126.99.126, | **ORDER DENYING MOTION TO COMPEL WITHOUT PREJUDICE** |
| Defendant. | |

Defendant filed a motion to compel further responses to certain deposition questions. Defendant's motion does not comply with this Court's procedure for discovery disputes as set forth in the Supplemental Order to Order Setting Initial Case Management Conference (Dkt. No. 8). The motion is **DENIED** without prejudice to a procedurally proper request for discovery relief.

If defendant renews his request, counsel shall please file a sworn declaration setting forth the extent to which they met and conferred with plaintiff's counsel by phone or by telephone as required by Rule 37.

**IT IS SO ORDERED.**

Dated: November 16, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE