IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 76.126.99.126,<br><br>　　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　　　／ | No. C 15-04441 WHA<br><br>**ORDER GRANTING<br>SEALING MOTION** |

　　　Plaintiff seeks leave to file under seal its motion for leave to serve a third-party subpoena and supporting materials in compliance with the protective order in this action. Plaintiff's motion is **GRANTED**. Counsel should note, however, that filing the motion seeking leave to file the motion under seal does *not* constitute filing the motion. No relief will be considered until the motion is properly filed.

　　　Additionally, counsel shall please comply with Civil L.R. 7-2(c) and 7-11(a), which requires a movant to include a proposed order with any motion.

　　　**IT IS SO ORDERED.**

Dated: November 15, 2016.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE