IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALIBU MEDIA, LLC,

    Plaintiff,

  v.

JOHN DOE Subscriber Assigned IP Address 76.126.99.126,

    Defendant.

And All Related Cross-Actions.

No. C 15-04441 WHA

**ORDER RE THIRD DISCOVERY LETTER AND BRIEFING SCHEDULE ON MOTION TO QUASH**

*This order will supersede Docket No. 92 and concerns plaintiffs' three discovery disputes filed as Docket Nos. 87, 89, and 95.* The meet-and-confer is hereby moved to from **9:00 A.M. AND CONTINUING TO 12:00 A.M. ON MONDAY, DECEMBER 5, 2016**, in the Court's jury room on the nineteenth floor remains on calendar. At **12:00 A.M.**, the Court shall hear any remaining discovery issue(s) in Courtroom No. 8. Defendant shall promptly file its full letter referenced in Docket Number 95. Malibu Media's response to all three letters is due by **NOON ON DECEMBER 2**. Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard in the hearing.

In light of Malibu Media's failure to timely serve defendant with its opposition brief on the pending motion to quash, which brief could not be viewed on ECF because it is under seal, defendant's reply brief shall be due on **DECEMBER 6, 2016**, one week after the opposition was served. The hearing on the motion to quash on **DECEMBER 15 AT 8:00 A.M.** remains as scheduled.

**IT IS SO ORDERED.**

Dated: December 1, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2