UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>              Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 76.126.99.126,<br><br>              Defendant. | Case Number: 3:15-cv-04441-WHA<br><br>**ORDER ON PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE ITS RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO QUASH AND EXHIBITS UNDER SEAL** |

THIS CAUSE came before the Court upon Plaintiff's Administrative Motion for Leave to File Its Response in Opposition to Defendant's Motion to Quash and Exhibits Under Seal (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is Granted. The Clerk is Ordered to seal Plaintiff's Response to Defendant's Motion to Quash and its Exhibits in Support.

DONE AND ORDERED this __6th__ day of __December__, 201_6_.

By: _____
UNITED STATES DISTRICT JUDGE

1