IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALIBU MEDIA, LLC,

    Plaintiff,

  v.

JOHN DOE Subscriber Assigned IP Address 76.126.99.126,

    Defendant.
    /

And All Related Cross-Actions.
    /

No. C 15-04441 WHA

**ORDER FOLLOWING HEARING ON DEFENDANT'S DISCOVERY LETTERS**

A discovery hearing was held after the parties met and conferred relating to defendant's three discovery letters (Dkt. Nos. 87, 89, 102). This order summarizes the rulings made on the record. To the extent not addressed herein or not discussed on the record, any further relief is **DENIED**.

- Unless Malibu Media submits a declaration stating, under oath, that there is a better way to verify the production date of each asserted work than through testimony of the performers in the works by **DECEMBER 12**, Malibu Media shall respond to defendant's request for written responses to the question "Who performed in [each asserted work]?" This, however, can be limited to the top three performers in each film.

- Relief relating to performers' compensation and residuals is **DENIED**.

- In accordance with its response to defendant's discovery letter (Dkt. No. 105 at 5), Malibu Media is hereby bound to its stipulation that it would seek the *minimum* statutory damages award available. Requests for documents relating to prior settlement agreements and for Malibu Media's financial records are accordingly **DENIED**.

- Malibu Media shall provide the file wrappers for the copyright applications for the asserted works by **DECEMBER 26**.

**IT IS SO ORDERED.**

Dated: December 6, 2016.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE