Henrik Mosesi, Esq. (SBN: 189672)
Anthony Lupu, Esq. (SBN 226168)
Pillar Law Group APLC
150 S. Rodeo Drive, Suite 260
Beverly Hills, CA 90212
Tel.: 310-999-0000
Fax: 888-667-5482
Henrik@Pillar.law
Anthony@Pillar.law
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 76.126.99.126,<br><br>　　　　　　Defendant. | Case Number: 3:15-cv-4441-WHA<br><br>`Order re`<br>**STIPULATION TO EXTEND DISCOVERY AS TO EMPLOYMENT RECORDS** |

　　　　This Stipulation is made on this 7th day of December 2016, by and between Plaintiff, Malibu Media, LLC ("Plaintiff"), and Defendant, John Doe Subscriber assigned IP address 76.126.99.126 ("Defendant").  NOW, THEREFORE, the parties hereby stipulate to an extension of the discovery deadline as to employment records by thirty (30) days for the reasons stated herein:

　　　　1.　　Plaintiff filed this case against John Doe subscriber assigned IP address 76.126.99.126 for the infringement of Plaintiff's copyrighted works through BitTorrent.

　　　　2.　　Defendant claims that he was at his place of employment during certain dates and times of infringement and produce purported timesheets and a calendar from his employer. Defendant did not produce any affidavit or a declaration from the custodian of records authenticating the documents.

3.   Defendant served "Supplemental Initial Disclosures" on November 28, 2016, in which Defendant identified his supervisor at his place of employment as an individual likely to have discoverable information.

4.   Plaintiff, seeking to verify the accuracy of Defendant's timesheets and calendar advised Defendant of its intent to subpoena Defendant's employer.  Defendant objected and set forth privacy concerns stemming from the disclosure of Defendant's identity to his employer.

5.   Defendant and Plaintiff stipulate to an extension of the discovery deadline in order to permit the Parties to further confer, including discussing the matter with deputy counsel for the city in which Defendant resides, and, if necessary, conduct additional limited discovery on the issue.

6.   Accordingly, the Parties hereby stipulate that the discovery cutoff deadline may be extended by thirty (30) days as to the issue of employment time sheets, timecards or any other document evidencing the dates and times Defendant was at work during the periods of infringement.

Dated: December 8, 2016

Respectfully submitted,

| | |
|---|---|
| /s/ Anthony Lupu | /s/ Joseph Curtis Edmondson |
| Anthony Lupu, Esq. | Joseph Curtis Edmondson |
| Pillar Law Group APLC | Law Offices of J. Curtis Edmondson |
| 150 S. Rodeo Drive, Suite 260 | 3699 NW John Olsen Pl |
| Beverly Hills, CA 90212 | Hillsboro, OR 97124 |
| Tel.:  310-999-0000 | (503) 336-3749 |
| Fax:  888-667-5482 | Fax: (503) 482-7418 |
| Anthony@Pillar.law | Email: jcedmondson@edmolaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED this  8   day of  December        , 201 6 .

The parties may not rely on this extension as a basis for requesting further extensions or continuances.

By: _____
UNITED STATES DISTRICT JUDGE