IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALIBU MEDIA, LLC,

    Plaintiff,

  v.

JOHN DOE Subscriber Assigned IP Address 76.126.99.126,

    Defendant.

    /

And All Related Cross-Actions.

    /

No. C 15-04441 WHA

**ORDER RE DISCOVERY DISPUTES**

As stated at the hearing on defendant's motion to quash, Malibu Media shall produce the records outlined in the declaration of Collette Fields by December 30. Defendant shall respond to the motion concerning the deposition of Attorney Kennedy and Malibu Media shall file a letter explaining the issues with defendant's employment records by **MONDAY AT NOON**. Defendant shall respond by **TUESDAY AT NOON**.

The parties shall meet and confer in the Court's jury room from **9:00 A.M. TO 11:00 A.M. ON DECEMBER 21**, and any remaining disputes will be heard at **11:00 A.M.**

**IT IS SO ORDERED.**

Dated: December 16, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE