IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALIBU MEDIA, LLC,

    Plaintiff,

  v.

JOHN DOE Subscriber Assigned IP Address 76.126.99.126,

    Defendant.

And All Related Cross-Actions.

No. C 15-04441 WHA

**ORDER FOLLOWING DISCOVERY HEARING**

The transcript of the hearing on plaintiff's discovery letters that occurred on December 21 shall constitute the Court's orders on both the employment records and the deposition.

**IT IS SO ORDERED.**

Dated: December 22, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE