**United States District Court**
For the Northern District of California

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    MALIBU MEDIA, LLC,

10          Plaintiff,                          No. C 15-04441 WHA

11     v.

12   JOHN DOE Subscriber Assigned IP         **ORDER RE SEALING MOTION**
     Address 76.126.99.126,
13

14          Defendant.
                                        /
15   And All Related Cross-Actions.
                                        /
16

17         Defendant has moved to keep portions of the Court's order denying his motion to quash

18   subpoenas under seal, citing concerns that excerpts from Internet posts allegedly made by him

19   and his user name could be used to identify him, thereby exposing him to embarrassment and

20   pressure to settle this litigation.  The motion is **GRANTED**, with one exception.  Page 4 of the

21   order reads "Malibu Media identifies numerous other posts by the user [defendant's username]

22   on the forgoing websites and others, not set forth in detail in this order, many of which refer to

23   masturbation, pornography, voyeurism [and other topics]."  In addition to his user name (which

24   may be redacted), defendant seeks to redact the text "masturbation, pornography, voyeurism"

25   (though not the subsequent topics).  These generic references cannot be used to identify

26   defendant in any way, so there is no good cause to redact that text.  To that extent only,

27   defendant's motion is **DENIED**.

28

1    To be clear, this is without prejudice to whether the same or similar materials may be

2  redacted or sealed in future filings or proceedings, including at trial.

3

4    **IT IS SO ORDERED.**

5

6  Dated:   December 23, 2016.

7                                                     WILLIAM ALSUP
                                                     UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2