IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN DOE Subscriber Assigned IP Address 76.126.99.126,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　／<br>And All Related Cross-Actions.<br>　　　　　　　　　　　　　　　　　／ | No. C 15-04441 WHA<br><br>**REQUEST FOR E-FILER'S ATTESTATION** |

　　　　Malibu Media requests an extension of several deadlines set following the recent discovery dispute and for a modification of the protective order. The request is purportedly stipulated but lacks the filer's attestation required by Civil L.R. 5-1(i)(3). The request cannot be granted until the parties have shown, either through a proper attestation or through separate filings by counsel for both sides, that defendant joins in this request.

　　　　Malibu Media's failure to provide sworn support for its positions and disregard for the Court's procedure have been chronic issues in this case. Counsel shall please ensure they are familiar with and comply with all procedures applicable in this Court.

　　　　**IT IS SO ORDERED.**

Dated:　January 9, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE