Henrik Mosesi, Esq. (SBN: 189672)
Anthony Lupu, Esq. (SBN 226168)
Pillar Law Group APLC
150 S. Rodeo Drive, Suite 260
Beverly Hills, CA 90212
Tel.: 310-999-0000
Fax: 888-667-5482
Henrik@Pillar.law
Anthony@Pillar.law
*Attorneys for Plaintiff*

Joseph Curtis Edmondson
Law Offices of J. Curtis Edmondson
3699 NW John Olsen Pl
Hillsboro, OR 97124
(503) 336-3749
Fax: (503) 482-7418
Email: jcedmondson@edmolaw.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>           Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 76.126.99.126,<br><br>           Defendant. | Case Number: 3:15-cv-4441-WHA<br>Order re:<br><br>**JOINT STIPULATION TO EXTEND CERTAIN DATES AND DEADLINES REFLECTED IN THE CASE MANAGEMENT ORDER, AND TO MODIFY OR VACATE, IN PART, THE ANONYMITY ORDER TO SECURE DEFENDANT'S EMPLOYMENT RECORDS AND TO EXTEND TIME TO TAKE THE DEPOSITION OF EMILIE KENNEDY** |

- 1 -

This Stipulation is made on this 6th day of January, 2017, by and between Plaintiff, Malibu Media, LLC ("Plaintiff"), and Defendant, John Doe Subscriber assigned IP address 76.126.99.126 ("Defendant").

## STIPULATION TO EXTEND CERTAIN DATES AND DEADLINES REFLECTED IN THE CASE MANAGEMENT ORDER

NOW, THEREFORE, the parties hereby stipulate to extend certain dates reflected in the Case Management Order [Document No. 35] as follows:

1.     The Parties' Expert Reply Reports are due January 6, 2017. The Parties stipulate to extend the deadline for two (2) weeks – to January 20, 2017.

2.     Expert discovery cut-off deadline is currently January 20, 2017. The Parties stipulate to extend the deadline for ten (10) days - to January 30, 2017.

3.     Dispositive motions are required to be filed by January 26, 2017 and heard 35 days after that deadline, which is March 2, 2017. The Parties stipulate to extend the dispositive motion deadline for one (1) week - to February 2, 2017, with the dispositive motions then being heard 35 days thereafter, by March 9, 2017.

## STIPULATION TO MODIFY OR VACATE, IN PART, THE ANONYMITY ORDER TO SECURE DEFENDANT'S EMPLOYMENT RECORDS

4.     WHEREAS, the Court entered an Order Granting Plaintiff's Ex Parte Motion for Leave to Serve Third-Party Subpoena Prior to Rule 26(f) Conference, dated November 8, 2015 [Document No. 12];

5.     WHEREAS, the Order dated November 8, 2015 contains, *inter alia*, a provision which states that: "Malibu Media shall not disclose defendant's name, address, telephone number, email, social media username, or any other identifying information, other than defendant's IP address, that it may subsequently learn. All documents including defendant's identifying

information, apart from his or her IP address, shall be filed under seal, with all such information redacted on the public docket, unless and until the Court orders otherwise and only after defendant has had an opportunity to challenge the disclosure of any identifying information. Malibu Media explicitly consented to the inclusion of such a protection in its motion."

6.    WHEREAS, Defendant has indicated that he was at his place of employment during certain dates and times of the alleged infringement;

7.    WHEREAS, Plaintiff, seeking to verify the accuracy of Defendant's timesheets and calendar advised Defendant of its intent to subpoena Defendant's employer. Defendant objected and set forth privacy concerns stemming from the disclosure of Defendant's identity to his employer;

8.    WHEREAS, the matter came before the Court at a conference on December 21, 2016, and the Court required that Defendant's employment records be produced for certain dates, including February 19, 2015; May 26, 2015; May 27, 2015; August 18, 2015; August 19, 2015; August 20, 2015; August 21, 2015; September 13, 2015; and November 14, 2015, all as reflected in the transcript of the proceedings.

9.    WHEREAS, the Parties conferred by telephone, including with the City Attorney's office, who advised that there was no method to comply with a subpoena for records without all relevant identifying information being reflected in the subpoena, including but not limited to, the Defendant's name, Plaintiff's name, the name of the Court, and case number.

10.    NOW, THEREFORE, the parties hereby stipulate to modify, or vacate, in part the anonymity order dated November 8, 2015 (or any other anonymity order entered in this case) in order to effectuate service of the subpoena to procure Defendant's employment records. Nothing herein shall be construed the vary the requirement that any documents filed with the Court shall be filed under seal, as reflected in the order.

## STIPULATION TO EXTEND THE TIME TO TAKE THE DEPOSITION OF EMILIE KENNEDY

11.     WHEREAS, the Court entered an Order Granting Defendant's request to depose Emilie Kennedy during the first week of January.

12.     WHEREAS, Ms. Kennedy has retained her own lawyer who is unavailable during the first week of January.

13.     WHEREAS, Ms. Kennedy will be deposed on Friday, January 13, 2017 in Los Angeles.

Dated: January 6, 2016

Respectfully submitted,

/s/ Anthony Lupu                           /s/ J. Curtis Edmondson_____
Anthony Lupu, Esq.                         Joseph Curtis Edmondson
Pillar Law Group APLC                      Law Offices of J. Curtis Edmondson
150 S. Rodeo Drive, Suite 260              3699 NW John Olsen Pl
Beverly Hills, CA 90212                    Hillsboro, OR 97124
Tel.: 310-999-0000                         (503) 336-3749
Fax:  888-667-5482                         Fax: (503) 482-7418
Anthony@Pillar.law                         Email: jcedmondson@edmolaw.com
*Attorneys for Plaintiff*                   *Attorneys for Defendant*


SO ORDERED this 10 day of  January_____, 201 7 .

By: _____

**UNITED STATES DISTRICT JUDGE**

- 4 -