J. Curtis Edmondson (CASB # 236105)
Law Offices of J. Curtis Edmondson
Venture Commerce Center
3699 NW John Olsen Place
Hillsboro, OR 97124
Phone: 503-336-3749
Fax: 503-482-7418
Email: jcedmondson@edmolaw.com

Robert Robinson (CASB # 131461)
Law Office of Robert S. Robinson
2400 Camino Ramon Ste 185
San Ramon, CA 94583
Phone: 925-830-2702
Fax: 925-830-2104
Email: rob@robrobinsonlaw.com

Attorneys for Defendant JOHN DOE IP address 76.126.99.126

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | Case No.: 3:15-cv-04441-WHA |
| Plaintiff, | DECLARATION OF EXPERT MICHAEL YASUMOTO IN SUPPORT OF |
| vs. | DEFENDANT'S OPPOSITION TO THE MOTION FOR DISCOVERY SANCTIONS |
| JOHN DOE subscriber assigned IP address 76.126.99.126, | |
| | Hon. William Alsup |
| | Hearing Date:  Thursday, March 9, 2017 |
| Defendant. | Hearing Time:  8:00 AM |
| | |
| and related cross actions | |

## DECLARATION OF MICHAEL YASUMOTO

I, Michael Yasumoto**,** declare the following facts to be true pursuant to 28 U.S.C. § 1746, on the date set forth beside my signature herein below:

1. This declaration is summarized as follows:  Patrick Paige based some of his findings on his review of BATES 10001 in which the contents of the \Windows.old directory were deleted.  However, he failed to mention that BATES 10002, which is a drive that he examined, also contains a copy of the \Windows.old directory originating from BATES 10001 and preserved before the contents of the folder were deleted. Had Mr. Paige really wanted to know what was contained in the deleted \Windows.old directory on BATES 10001, he could have found out by examining the BATES 10002 version of the folder. Based on his expert reports, it appears that Mr. Paige did not review the \Windows.old folder on BATES 10002 despite it being made available for inspection and containing 24.8 GB of data.

2. I am John Doe's designated expert in this matter.  I have provided my CV in my expert reports that were served earlier in this case.  I incorporate my CV by reference.

3. My expertise is in computer forensics.  To accomplish this task, I used X-Ways Forensics which is a tool that analyzes forensic images of hard drives. X-Ways Forensics has been tested by the National Institute of Standards and Technology (NIST).  It is a commonly used tool in my field and is similar in function to the tool used by Mr. Paige.

4. For clarity, the following table is provided for referencing the evidence:

| Def Counsel ID | Serial# | Computer Name |
|---|---|---|
| BATES 10001 | PNY17140000494053635 | A8-3870-PC (Gina-PC) |
| BATES 10002 | WD-WX11AC423UTJ | A8-3870-PC |

5. I was asked to review a hard drive identified as BATES 10002.  This Hard Drive was produced to me on January 29, 2016 by Mr. Edmondson for analysis.   I made a forensic image of that hard drive.

6. I produced an Expert Report regarding BATES 10002 on March 28, 2016 for Mr. Edmondson.   This Expert Report is attached as Exhibit 1 to this declaration.

7. On April 12, 2016, Mr. Edmondson asked me to inspect and make a forensic copy of a hard drive that was installed in a computer located in his office at 3699 NW John Olsen Pl, Hillsboro, OR  97124.  This hard drive has been designated as BATES 10001.

8. BATES 10001 and BATES 10002 came from the same computer.  BATES 10002 was preserved at an earlier date and based on the ShutdownTime value stored in the ControlSet001\Control\Windows key of the SYSTEM registry, the last date of use is December 16, 2015.   The \Windows.old directory is deleted on BATES10001 but is present on the BATES10002 version of the drive in the form of a backup created by Office Depot.

9. The \Windows.old folder from BATES10002 contains 24.8GB of data spread across 185,030 files as reported by my forensic tool, X-Ways Forensics.



10. In BATES 10001 the directory \Windows.old is deleted and unrecoverable.  Based on the timing of events, it is my opinion that it is possible this folder was deleted automatically by the Windows Operating System approximately one month after being upgraded.

11. In paragraph 16 of Patrick Paige's Supplemental Expert Report, he mentions that he examined the Bates 10002 drive.

12. In paragraph 27 of Patrick Paige's Expert Report, he states that "the deletion of the windows.old folder makes it impossible to determine what was on Defendant's Solid State Drive during the period of recorded infringement".

13. The opinion in paragraph 27 of Patrick Paige's Expert Report is no longer accurate since the referenced \Windows.old folder was subsequently made available on the Bates10002 drive which Paige mentions examining as part of his supplemental report.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on February 16, 2017, in Beaverton, Oregon.

Respectfully Submitted,


By: *Michael Yasumoto*

Declarant

# EXHIBIT 1

## March 28, 2016 Expert Report
## Analyzing BATES 100002



# FORENSIC EXAMINATION REPORT

**Prepared By:** Michael Yasumoto
Deadbolt Forensics® LLC
1915 NW AmberGlen Pkwy
Suite 400
Beaverton, OR 97006

**Prepared For:** Curtis Edmondson
**Case Name:** 201601 Edmondson
**Date:** March 28, 2016

# Overview

### Facts of the Case

The following are the facts of this case as set forth in the complaint that I reviewed and correspondence with the hiring attorney:

- A computer has been suspected of illegal torrent activity.

- Office Depot created a backup of the computer which has been provided for examination.

### Purpose of Examination

To determine if there is any evidence of torrent use and if so to see if there are any signs of the copyright infringement alleged in the legal complaint I was given.

### Investigator Credentials

Michael Yasumoto holds a Master's of Science degree in Computer Science from the George Washington University (GWU) in Washington, DC.  He is certified in Computer Security by GWU as well as certified in Computer Forensics by Edmonds Community College in Lynnwood, WA.  A brief Curriculum Vitae is located at the end of the document.

### Investigator Independence

Neither Michael Yasumoto nor Deadbolt Forensics has had any prior involvement with the accused in this case.  The investigator is not aware of any ethical issues that could compromise the impartiality of this investigation.

# Methodology

Upon receiving the backup of the computer, I created a forensic image using X-Ways Forensics (XWF) and then loaded the image into XWF.  I then proceeded to search for artifacts of torrent related applications and files on the image.

# Findings

- There does not appear to be any English torrent clients installed on the system.  I checked the prefetch as well as shellbags in both the current version of Windows as well as an old version that was upgraded in Windows.old.  None of these locations had artifacts of torrent use.
- Because I do not speak Chinese, I cannot confirm whether any of the Chinese applications installed on the system are torrent clients.  The application Tencent is installed and it appears to have a subprogram called QQ which may have torrenting capabilities.

- I also searched for .torrent files on the backup and found no evidence of their current or past existence.
- None of the video files found on the backup appear to be pornographic videos.

## Conclusions

Based on my computer forensic experience, knowledge of computers and related technology, and analysis of the evidence in this case, I believe that any competent computer forensic examiner would agree with my conclusions and opinions that:

- The backup I received does not contain any .torrent files.
- No English torrent clients were installed on the backup.
- No infringing videos were found on the backup.

I certify that the foregoing is true and correct to the best of my knowledge.


*Michael Yasumoto*
Michael Takumaro Yasumoto

3/28/16
Date

**Forensic Tools Used**

X-Ways Forensics 18.7 SR8 licensed to Deadbolt Forensics LLC
IEF 6.7.5 licensed to Deadbolt Forensics LLC

## Curriculum Vitae

**Education**

Certificate, Digital Forensics                                                2012
Edmonds Community College; Lynnwood, WA


M.S., Computer Science                                                       2009
Graduate Certificate, Computer Security & Information Assurance               2009
The George Washington University; Washington, DC


Certificate, Teaching English to Speakers of other Languages (TESL)          2005
Seattle University; Seattle, WA


B.S., Chemistry: American Chemical Society (ACS) Certified                    2004
The University of Washington; Seattle, WA


**Professional Certifications**

Certified Computer Examiner (CCE)                                            2013 – 2017
The International Society of Forensic Computer Examiners (ISFCE)


Certified iOS Analysis Instructor                                            2015 – 2016
Syntricate


Certified MPE+ Instructor                                                    2015 – 2016
Syntricate


X-Ways Professional in Evidence Recovery Techniques (X-PERT)                 2015 – 2018
X-Ways Software Technology


EnCase Certified Examiner (EnCE)                                             2014 – 2017
Guidance Software


AccessData Certified Examiner (ACE)                                          2013 – 2017
AccessData


Cellebrite Certified Mobile Examiner (CCME)                                  2014 – 2016
Cellebrite


AccessData Mobile Examiner (AME)                                             2013 – 2017
AccessData


Certified Data Recovery Expert (CDRE)                                        2012
Scott Moulton


Cisco Certified Network Associates (CCNA)                                    2009 – 2012
Cisco

Linux Professional Institute Certification Level 1 (LPIC-1)          2010 – 2015
Linux Professional Institute (LPI)

**Specialized Training**
UMTS/HSPA Technical Overview                                        2015
Qualcomm Wireless Academy, 5 hours

Intro to JTAG & Chip-Off Forensics                                 2015
Binary Intelligence, 35 hours

Linux Forensics                                                    2015
AccessData/Syntricate, 7 hours

Intro to Mobile Device Forensics                                   2015
AccessData/Syntricate, 35 hours

Windows 8 Forensics                                                2015
AccessData/Syntricate, 21 hours

X-Ways Forensics II                                                2015
X-Ways Software Technology, 14 hours

JTAG-102                                                           2014
viaForensics, 1.25 hours

Plain Ordinary Telephone Service (POTS) and The Public Switched     2014
Telephone Network (PSTN)
Teracom Training Institute, 1.5 hours

Wireless Telecommunications                                        2014
Teracom Training Institute, 1.75 hours

X-Ways Forensics                                                   2014
X-Ways Software Technology, 28 hours

Memory Forensics                                                   2014
X-Ways Software Technology, 7 hours

iOS Forensic Analysis                                              2014
AccessData/Syntricate, 21 hours

Mobile Device Forensics 101                                        2014
AccessData/Syntricate, 21 hours

Android Malware Analysis                                           2014

AccessData/Syntricate, 7 hours

| | |
|---|---|
| Mobile Device Examiner | 2014 |
| Cellebrite (Digital Shield), 35 hours | |
| | |
| Android Forensic Analysis | 2014 |
| AccessData, 21 hours | |
| | |
| Blackberry Forensics | 2014 |
| AccessData, 2.5 hours | |
| | |
| SIM Forensic Analysis | 2014 |
| AccessData, 7 hours | |
| | |
| Windows Mobile Forensics | 2014 |
| AccessData, 1.5 hours | |
| | |
| Law 101: Legal Guide for the Forensic Expert | 2014 |
| National Institute of Justice, 13 hours | |
| | |
| Mobile Training – Level 3 | 2014 |
| Paraben Corporation, 10 hours | |
| | |
| BBT-315e: iOS Device Seizure and Analysis | 2014 |
| BlackBag Technologies, 3 hours | |
| | |
| Mobile Phone Examiner Plus | 2013 |
| AccessData, 21 hours | |
| | |
| JTAG-101 | 2013 |
| viaForensics, 1.5 hours | |
| | |
| User Certification | 2013 |
| Oxygen Forensics, 6 hours | |

**Professional Experience**

| | |
|---|---|
| Senior Forensic Examiner | 2012 – Present |
| Deadbolt Forensics LLC; Beaverton, OR | |
| | |
| Mobile Forensics Instructor | 2014 – Present |
| Syntricate/Accessdata; Lindon, UT | |
| | |
| Infrastructure Analyst | 2011 – 2012 |
| Zumiez Inc.; Everett, WA | |
| | |
| System Administrator | 2010 – 2011 |

HopOne Internet Corp; Seattle, WA

Contract System Administrator                                             2010 – 2010
Pacific Software Publishing, Inc.; Seattle, WA

Graduate Student Assistant                                               2008 – 2009
George Washington University; Washington, DC

Assistant Language Teacher                                              2005 – 2007
Interac; Tokyo, Japan

**Publications: Author**
"The Infamous Western Digital Screw"                                         2012
*Washington State HTCIA Newsletter* Vol. 1 Iss. 2 (Jul/Aug 2012): 16-17. PDF file.

**Publications: Technical Editor**
Epifani, Mattia, and Pasquale Stirparo. *Learning iOS Forensics*              2015
Birmingham: Packt, 2015. Print.

**Presentations**
Mobile Forensics: Hands-On Training                                          2015
National Defender Investigator Association (*NDIA*) National Conference, 9 hours

Digital Forensics                                                        2015
Hack the People, 0.3 hours

Mobile Forensics for Investigators                                          2014
Metropolitan Public Defender, 1.5 hours

Digital Forensics Basics: Hidden Evidence on Your PC & Phone                 2014
Old Timers Investigator Society (OTIS) of Oregon, 2 hours

**Court Testimony**
State of Oregon v. Roger Michael Saunders                                    2015
Multnomah County Circuit Court – Case No. 14CR20839

State of Oregon v. Joda Harold Cain
Washington County Circuit Court – Case No. C132395CR                         2015

**Memberships**
International Society of Forensic Computer Examiners (ISFCE)          2013 – Present

International Association of Computer Investigative Specialists (IACIS)   2015 – Present

High Technology Crime Investigation Association (HTCIA)                 2012 – 2013



# FORENSIC EXAMINATION REPORT

**Prepared By:** Michael Yasumoto
Deadbolt Forensics® LLC
1915 NW AmberGlen Pkwy
Suite 400
Beaverton, OR 97006

**Prepared For:** Curtis Edmondson
**Case Name:** 201601 Edmondson
**Date:** March 28, 2016

## Overview

### Facts of the Case

The following are the facts of this case as set forth in the complaint that I reviewed and correspondence with the hiring attorney:

- A computer has been suspected of illegal torrent activity.

- Office Depot created a backup of the computer which has been provided for examination.

### Purpose of Examination

To determine if there is any evidence of torrent use and if so to see if there are any signs of the copyright infringement alleged in the legal complaint I was given.

### Investigator Credentials

Michael Yasumoto holds a Master's of Science degree in Computer Science from the George Washington University (GWU) in Washington, DC.  He is certified in Computer Security by GWU as well as certified in Computer Forensics by Edmonds Community College in Lynnwood, WA.  A brief Curriculum Vitae is located at the end of the document.

### Investigator Independence

Neither Michael Yasumoto nor Deadbolt Forensics has had any prior involvement with the accused in this case.  The investigator is not aware of any ethical issues that could compromise the impartiality of this investigation.

## Methodology

Upon receiving the backup of the computer, I created a forensic image using X-Ways Forensics (XWF) and then loaded the image into XWF.  I then proceeded to search for artifacts of torrent related applications and files on the image.

## Findings

- There does not appear to be any English torrent clients installed on the system.  I checked the prefetch as well as shellbags in both the current version of Windows as well as an old version that was upgraded in Windows.old.  None of these locations had artifacts of torrent use.
- Because I do not speak Chinese, I cannot confirm whether any of the Chinese applications installed on the system are torrent clients.  The application Tencent is installed and it appears to have a subprogram called QQ which may have torrenting capabilities.

- I also searched for .torrent files on the backup and found no evidence of their current or past existence.
- None of the video files found on the backup appear to be pornographic videos.

## Conclusions

Based on my computer forensic experience, knowledge of computers and related technology, and analysis of the evidence in this case, I believe that any competent computer forensic examiner would agree with my conclusions and opinions that:

- The backup I received does not contain any .torrent files.
- No English torrent clients were installed on the backup.
- No infringing videos were found on the backup.

I certify that the foregoing is true and correct to the best of my knowledge.

_Michael Yasumoto_
Michael Takumaro Yasumoto

3/28/16
Date

## Forensic Tools Used

X-Ways Forensics 18.7 SR8 licensed to Deadbolt Forensics LLC
IEF 6.7.5 licensed to Deadbolt Forensics LLC

## Curriculum Vitae

**Education**

| | |
|---|---|
| Certificate, Digital Forensics | 2012 |
| Edmonds Community College; Lynnwood, WA | |

M.S., Computer Science | 2009
Graduate Certificate, Computer Security & Information Assurance | 2009
The George Washington University; Washington, DC

Certificate, Teaching English to Speakers of other Languages (TESL) | 2005
Seattle University; Seattle, WA

B.S., Chemistry: American Chemical Society (ACS) Certified | 2004
The University of Washington; Seattle, WA

**Professional Certifications**

Certified Computer Examiner (CCE) | 2013 – 2017
The International Society of Forensic Computer Examiners (ISFCE)

Certified iOS Analysis Instructor | 2015 – 2016
Syntricate

Certified MPE+ Instructor | 2015 – 2016
Syntricate

X-Ways Professional in Evidence Recovery Techniques (X-PERT) | 2015 – 2018
X-Ways Software Technology

EnCase Certified Examiner (EnCE) | 2014 – 2017
Guidance Software

AccessData Certified Examiner (ACE) | 2013 – 2017
AccessData

Cellebrite Certified Mobile Examiner (CCME) | 2014 – 2016
Cellebrite

AccessData Mobile Examiner (AME) | 2013 – 2017
AccessData

Certified Data Recovery Expert (CDRE) | 2012
Scott Moulton

Cisco Certified Network Associates (CCNA) | 2009 – 2012
Cisco

| | |
|---|---|
| Linux Professional Institute Certification Level 1 (LPIC-1)<br>Linux Professional Institute (LPI) | 2010 – 2015 |

**Specialized Training**

| | |
|---|---|
| UMTS/HSPA Technical Overview<br>Qualcomm Wireless Academy, 5 hours | 2015 |
| Intro to JTAG & Chip-Off Forensics<br>Binary Intelligence, 35 hours | 2015 |
| Linux Forensics<br>AccessData/Syntricate, 7 hours | 2015 |
| Intro to Mobile Device Forensics<br>AccessData/Syntricate, 35 hours | 2015 |
| Windows 8 Forensics<br>AccessData/Syntricate, 21 hours | 2015 |
| X-Ways Forensics II<br>X-Ways Software Technology, 14 hours | 2015 |
| JTAG-102<br>viaForensics, 1.25 hours | 2014 |
| Plain Ordinary Telephone Service (POTS) and The Public Switched<br>Telephone Network (PSTN)<br>Teracom Training Institute, 1.5 hours | 2014 |
| Wireless Telecommunications<br>Teracom Training Institute, 1.75 hours | 2014 |
| X-Ways Forensics<br>X-Ways Software Technology, 28 hours | 2014 |
| Memory Forensics<br>X-Ways Software Technology, 7 hours | 2014 |
| iOS Forensic Analysis<br>AccessData/Syntricate, 21 hours | 2014 |
| Mobile Device Forensics 101<br>AccessData/Syntricate, 21 hours | 2014 |
| Android Malware Analysis | 2014 |

AccessData/Syntricate, 7 hours

| | |
|---|---|
| Mobile Device Examiner<br>Cellebrite (Digital Shield), 35 hours | 2014 |
| Android Forensic Analysis<br>AccessData, 21 hours | 2014 |
| Blackberry Forensics<br>AccessData, 2.5 hours | 2014 |
| SIM Forensic Analysis<br>AccessData, 7 hours | 2014 |
| Windows Mobile Forensics<br>AccessData, 1.5 hours | 2014 |
| Law 101: Legal Guide for the Forensic Expert<br>National Institute of Justice, 13 hours | 2014 |
| Mobile Training – Level 3<br>Paraben Corporation, 10 hours | 2014 |
| BBT-315e: iOS Device Seizure and Analysis<br>BlackBag Technologies, 3 hours | 2014 |
| Mobile Phone Examiner Plus<br>AccessData, 21 hours | 2013 |
| JTAG-101<br>viaForensics, 1.5 hours | 2013 |
| User Certification<br>Oxygen Forensics, 6 hours | 2013 |

**Professional Experience**

| | |
|---|---|
| Senior Forensic Examiner<br>Deadbolt Forensics LLC; Beaverton, OR | 2012 – Present |
| Mobile Forensics Instructor<br>Syntricate/Accessdata; Lindon, UT | 2014 – Present |
| Infrastructure Analyst<br>Zumiez Inc.; Everett, WA | 2011 – 2012 |
| System Administrator | 2010 – 2011 |

HopOne Internet Corp; Seattle, WA

| | |
|---|---|
| Contract System Administrator | 2010 – 2010 |
| Pacific Software Publishing, Inc.; Seattle, WA | |

| | |
|---|---|
| Graduate Student Assistant | 2008 – 2009 |
| George Washington University; Washington, DC | |

| | |
|---|---|
| Assistant Language Teacher | 2005 – 2007 |
| Interac; Tokyo, Japan | |

**Publications: Author**
"The Infamous Western Digital Screw"                                           2012
*Washington State HTCIA Newsletter* Vol. 1 Iss. 2 (Jul/Aug 2012): 16-17. PDF file.

**Publications: Technical Editor**
Epifani, Mattia, and Pasquale Stirparo. *Learning iOS Forensics*              2015
Birmingham: Packt, 2015. Print.

**Presentations**
Mobile Forensics: Hands-On Training                                            2015
National Defender Investigator Association (*NDIA*) National Conference, 9 hours

Digital Forensics                                                              2015
Hack the People, 0.3 hours

Mobile Forensics for Investigators                                            2014
Metropolitan Public Defender, 1.5 hours

Digital Forensics Basics: Hidden Evidence on Your PC & Phone                  2014
Old Timers Investigator Society (OTIS) of Oregon, 2 hours

**Court Testimony**
State of Oregon v. Roger Michael Saunders                                     2015
Multnomah County Circuit Court – Case No. 14CR20839

State of Oregon v. Joda Harold Cain
Washington County Circuit Court – Case No. C132395CR                          2015

**Memberships**
International Society of Forensic Computer Examiners (ISFCE)        2013 – Present

International Association of Computer Investigative Specialists (IACIS)    2015 – Present

High Technology Crime Investigation Association (HTCIA)             2012 – 2013