UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| MALIBU MEDIA, LLC,<br>　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 76.126.99.126,<br>　　　　Defendant. | Case Number: 3:15-cv-4441-WHA |

**ORDER GRANTING PLAINTIFF'S RENEWED MOTION FOR ENTRY OF AN ORDER AUTHORIZING PLAINTIFF TO SERVE A THIRD PARTY SUBPOENA ON COMCAST AND AUTHORIZING COMCAST TO RELEASE CERTAIN SUBSCRIBER INFORMATION ABOUT DEFENDANT**

THIS CAUSE came before the Court upon Plaintiff's Renewed Motion for Entry of an Order Authorizing Plaintiff to Serve a Third Party Subpoena on Comcast and Authorizing Comcast to Release Certain Subscriber Information About Defendant (the "Motion"), and the Court being duly advised in the premises does hereby:

**ORDER AND ADJUDGE**: Plaintiff's Motion is granted. Plaintiff may serve a Subpoena on Comcast as outlined in Plaintiff's Motion and Comcast shall comply with Plaintiff's Subpoena. Plaintiff's subpoena may seek**:**

(a) Any and all document(s) that refers, relates to or comprises a record that the Defendant received a DMCA notice within the applicable Time Period, pursuant to 17 U.S.C. 512(c)(1)(C), including but not limited to the DMCA record;

(b) Any and all document(s) that refers, relates to or comprises a record that the Defendant received a copyright infringement notice forwarded by Comcast within the applicable Time Period, pursuant to any copyright infringement alert system or any other internal procedure which Comcast follows;

(c) Any and all document(s) that refers, relates to or comprises a record that Comcast notified Defendant of the instant lawsuit;

(d) Any and all document(s) that refers, relates to or comprises a record of Comcast's lease or rental of any electronic devices to Defendant within the applicable time period. This includes any documentation which state the make, model number, and serial numbers of any and all modems and routers which Comcast leased to Defendant;

(e) Any and all document(s) that refers, relates to or comprises a record of Comcast's policies and procedures regarding the installation and maintenance of passwords on a subscriber's modem or router;

(f) Any and all document(s) that refers, relates to or comprises a record of Comcast's policies and procedures of correlating internet subscribers to IP addresses, and any information regarding the accuracy of such correlations; and

(g) Any and all document(s) that refers, relates to or comprises a record that the Defendant was the internet subscriber assigned IP address 76.126.99.126 on August 20, 2015 at 19:35:34 UTC.

SO ORDERED this 22 day of February, 2017.

By: _____
UNITED STATES DISTRICT JUDGE