**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALIBU MEDIA, LLC,

    Plaintiff,

  v.

JOHN DOE Subscriber Assigned IP Address 76.126.99.126,

    Defendant.
    _____/

And All Related Cross-Actions.
    _____/

No. C 15-04441 WHA

**REQUEST FOR RESPONSE**

    More than two months after discovery closed, defendant seeks discovery sanctions resulting from Malibu Media's alleged failure to timely produce certain video files and its untimely production of others. Additionally, in lieu of a motion for summary judgment, Malibu Media filed a motion for judgment in its favor as a discovery sanction. By **THURSDAY, MARCH 2 AT NOON**, both sides shall file supplemental briefs **NOT TO EXCEED FIVE PAGES, DOUBLE SPACED AND WITH NO FOOTNOTES**, addressing whether *either* motion is timely. The supplemental briefs shall *not* address *any* other issues. Malibu Media may separately respond to defendant's letter brief by the same date.

    Argument on defendant's discovery sanctions motion will be heard in conjunction with the hearing on his motion for summary judgment and Malibu Media's motion for sanctions.

**IT IS SO ORDERED.**

Dated: February 22, 2017.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE