IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALIBU MEDIA, LLC,

    Plaintiff,

  v.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 76.126.99.126,

    Defendant.

No. C 15-04441 WHA

**ORDER CONTINUING HEARINGS AND DEADLINES IN LIGHT OF SETTLEMENT**

The undersigned has learned that the parties have accepted a settlement proposed by Judge Kim. In order to allow time for the parties to place their agreement on the record, the pretrial conference is hereby **CONTINUED** to **THURSDAY, MARCH 16 AT 1:00 P.M.** All pretrial filings must be filed no later than **SEVEN CALENDAR DAYS** in advance. The hearing on the pending motion for summary judgment and sanctions motion is hereby **CONTINUED** to **THURSDAY, MARCH 16 AT 1:00 P.M.**

The trial remains as scheduled.

**IT IS SO ORDERED.**

Dated: March 6, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE