IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | No. C 15-04441 WHA |
| Plaintiff, | |
| v. | |
| JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 76.126.99.126, | **ORDER GRANTING SEALING MOTIONS** |
| Defendant. | |

The pending sealing motions (Dkt. Nos. 142, 153, and 164) are **GRANTED**. This is without prejudice to whether the same materials could be sealed if presented at trial or other future proceedings.

**IT IS SO ORDERED.**

Dated: March 9, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE