J. Curtis Edmondson (CASB # 236105)
Law Offices of J. Curtis Edmondson
Venture Commerce Center
3699 NW John Olsen Place
Hillsboro, OR 97124
Phone: 503-336-3749
Fax: 503-482-7418
Email: jcedmondson@edmolaw.com
*Attorneys for Defendant*

Anthony Lupu, Esq. (SBN:226168)
Henrik Mosesi, Esq. (SBN: 189672)
Pillar Law Group APLC
150 S. Rodeo Drive, Suite 260
Beverly Hills, CA 90212
Tel.: 310-999-0000
Fax: 888-667-5482
Anthony@Pillar.law
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) Case No.: 3:15-cv-04441-WHA |
| | ) Order re: |
| Plaintiff, | ) **JOINT STIPULATION OF DISMISSAL** |
| | ) **OF THE COMPLAINT AND COUNTER** |
| vs. | ) **CLAIMS WITH PREJUDICE** |
| | ) |
| JOHN DOE subscriber assigned IP address 76.126.99.126, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |
| And Related Cross Actions | ) |

**PLEASE TAKE NOTICE:**

To this Court, all Parties and their Counsel of Record:

Plaintiff and Defendant hereby stipulate, pursuant to FRCP 41, to the dismissal with prejudice of the operative Amended Complaint and the Counterclaim and in so doing, incorporate by reference the terms of settlement as confidentially entered on the record before the Honorable Sallie Kim, United States Magistrate Judge, on March 8, 2017.

Dated: March 14, 2017          /s/ J. Curtis Edmondson
                               J. Curtis Edmondson
                               Counsel for Defendant/Counterclaimant


                               /s/ Anthony Lupu
                               Counsel for Plaintiff/Counterdefendant


Declaration in Support of the Joint Stipulation of Dismissal per LR 5-1(i)(3)

I, J. Curtis Edmondson, declare under the penalty of perjury, that Counsel for Plaintiff, Malibu Media, Anthony Lupu, did consent to this joint stipulation of dismissal via email on March 9, 2017.


                               /s/ J. Curtis Edmondson
                               J. Curtis Edmondson, Declarant


**SO ORDERED:**

March 15, 2017.                _____
                               William H. Alsup
                               UNITED STATES DISTRICT COURT JUDGE